[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 21, 2007
THOMAS K. KAHN
CLERK

No. 06-16568
Non-Argument Calendar
_____

BIA No. A97-932-427

SAMUEL SAINT CYR,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
_____

**(September 21, 2007)**

Before TJOFLAT, BARKETT, and HULL, Circuit Judges.

PER CURIAM:

Samuel Saint Cyr, a native and citizen of Haiti, through counsel, seeks

review of the Board of Immigration Appeals' (BIA) decision affirming the Immigration Judge's (IJ) order finding him removable, denying his application for asylum, withholding of removal, and relief under the United Nations Convention Against Torture (CAT), and ordering him removed to Haiti.

On appeal, Saint Cyr argues that the IJ erred in not finding him credible because his testimony was consistent with current country conditions in Haiti, and any ambiguities between his testimony and application were clarified by later testimony. In response, the government argues that Saint Cyr did not raise these issues pertaining to credibility, relocation, or changed country conditions in his appeal to the BIA.

We agree with the government that we lack jurisdiction to review Saint Cyr's claims, as he did not raise the claims made here before the BIA. See Amaya-Artunduaga v. U.S. Att'y Gen., 463 F.3d 1247, 1250 (11th Cir. 2006) (holding that we lacked jurisdiction to consider a claim where it was not raised before the BIA, despite the BIA having addressed the claim sua sponte).

**PETITION DENIED.**